IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　V.<br><br>FADY ESHO (1),<br><br>　　　　　　　　　　Defendant. | Criminal Case No. 18CR3424-LAB<br><br>ORDER ADOPTING FINDINGS<br><br>AND RECOMMENDATION |

　　　No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1,2,5 and 6 of the Second Superseding Indictment .

Dated:   6/4/2019

　　　　　　　　　　　　　　　　　　　_Larry A. Burns_
　　　　　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　　　　　Chief United States District Judge